UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**
v.
**GARY HIRST**

Case No: 6:16-mj-1243

AUSA: Andrew Searle
Defense Attorney: Angela Parrott, FPD

| JUDGE: | **DAVID A. BAKER** United States Magistrate Judge | DATE AND TIME: | **May 11, 2016** 2:30 P.M.-2:50 P.M. |
|---|---|---|---|
| | | TOTAL TIME: | |
| DEPUTY CLERK: | Helyn LaTorre | RECORDING: | Digital |
| INTERPRETER: | None | PRETRIAL | Brandon Ramirez |

### CLERK'S MINUTES
### INITIAL APPEAEANCE ON RULE 5C
### FROM SD/NY

DEFENDANT WAS ARRESTED TODAY
Defendant admits identity
Case called, appearances taken
Procedural setting by court
Court advises defendant of rights and charges
Defendant requested court appointed counsel for this district only
Government seeks conditions of release for defendant
Court allows defendant to proceed with representation of FPD today
Defense responds regarding release
Court inquires of government regarding conditions of release
Government responds
Court sets conditions of release:
Bond $1,000,000 co-signed by 3 co-signers ; previously posted cash in SD/NY to apply in this case; 2 co-signers Tracey Hirst & Nancy Hirst by tomorrow at 4; third co-signer by Monday 5/16/16
-report to Pretrial
-travel SD/ED of NY; state of Florida; District of Arizona;ND/GA; state of Tennessee
-no firearms, drugs, excessive alcohol
-obtain no new passport