# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

**VS.**

**CASE NO: 6:16-mj-1243**

**GARY HIRST**

---

## APPEARANCE BOND

### Defendant's Agreement

I, Gary Hirst, (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ☑ to appear for court proceedings;
- ☑ if convicted, to surrender to serve a sentence that the court may impose; or
- ☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(1) This is a secured bond of $1,000,000, secured by:

    (a) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

        Tracey Hirst; Nancy Hirst; Robert Hirst

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond

Page 2

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety- have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: May 11, 2016

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*
TRACEY HORST

1436 Ocali Cove, Lake Mary, FL 32746
407-273-8046
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*
NANCY A. NIEC

900 LAKEWORTH CIRCLE
LAKE MARY, FL 32746
407-461-5557
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*
Robert Hirst

8405 Rio San Diego Dr Ste L321
San Diego, CA 92108   (407)474-3539
*Surety/property owner – signature and date*

Date: May 12, 2016

Approved.

Date: May 12, 2016

CLERK OF COURT

_____
Helyn LaTorre, *Deputy Clerk*

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE