# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 6:16-mj-1243**

**GARY HIRST**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Gary Hirst, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from Southern District of New York was held on May 11, 2016.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that GARY HIRST is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that GARY HIRST be held to answer in the district court in which the prosecution is pending.  The defendant was released on a $1,000,000 bond secured by three sureties and $200,000 cash which was previously posted in the Southern District of New York in a related case.  The defendant will be notified by the charging district regarding his next court date.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 25, 2016.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE