

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

# MEMORANDUM

## UNITED STATES OF AMERICA

VS.                                                                              CASE NO: 6:16-mj-1243

## GARY HIRST

---

DATE:          May 27, 2016

          Your Case No.:        16-MAG-2978

TO:            United States District Court
               Southern District of New York
               500 Pearl St.
               New York, NY 10007

FROM:          Helyn LaTorre, Courtroom Deputy for
               David A. Baker, United States Magistrate Judge
               U.S. Courthouse
               401 West Central Boulevard
               Orlando, Florida 32801

SUBJECT:       Rule 5(c) Proceedings

    The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE:      May 11, 2016

RELEASE/DETENTION:       Conditions of Release were set and the Defendant was released on bond.

SCHEDULED HEARING:       Upon notice by the charging district.

CHARGING DOCUMENT:       Complaint

Enclosures.